# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

CLAUDIUS CLARKE

Case No:    8:05-cr-306-T-23MSS
USM No:    48051-018

Previous Judgment Signed: February 10, 2006

Defendant's Attorney  Tracy Dreispul, AFPD

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant (Docs. 77, 90) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered the motion and the position of the United States (Doc. 85)

**IT IS ORDERED** that the motion is:
- ☐ DENIED.
- ☒ GRANTED and the defendant's previously imposed term of imprisonment **IS REDUCED TO ONE HUNDRED FORTY-FOUR (144) MONTHS** consisting of eighty-four (84) months as to counts two, three, and six; sixty (60) months as to counts one and five, the terms to run concurrently with each other; and sixty (60) months as to count eight to run consecutively to the other counts.

### I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
- ☐ The reduced sentence is within the amended guideline range.
- ☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a 5K1.1 reduction, and the reduced sentence is comparably less than the amended guideline range.
- ☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the February 10, 2006, judgment remain in effect.

ORDERED in Tampa, Florida, on _April 28th_, 2008.

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE